[No. 25770-6-I.   Division One.   June 17, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDESS
MELVIN BALLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-06375-8, Edward Heavey, J., entered
March 12, 1990. *Affirmed* by unpublished opinion per
Grosse, C.J., concurred in by Forrest and Baker, JJ.

[No. 25528-2-I.   Division One.   June 17, 1991.]

ROWAN NORTHWESTERN DECORATORS, INC., *Appellant*, v.
GLENN R. BELL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-24045-4, Dale B. Ramerman, J., entered
January 16, 1990. *Affirmed in part* and *reversed in part* by
unpublished opinion per Pekelis, J., concurred in by For-
rest and Baker, JJ.

[No. 25022-1-I.   Division One.   June 17, 1991.]

B.A. DVORAK, ET AL, *Respondents*, v. DWIGHT
GILLIAM, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 88-2-00372-9, Colonel F. Betz, J. Pro Tem.,
entered October 18, 1989. *Reversed* by unpublished opinion
per Grosse, C.J., concurred in by Pekelis and Agid, JJ.

[No. 25139-2-I.   Division One.   June 17, 1991.]

UNITED PACIFIC INSURANCE COMPANY, *Appellant*, v. PUGET
SOUND POWER AND LIGHT COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-13466-2, Faith Enyeart, J., entered
November 2, 1989. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Forrest, J., Baker, J., dissent-
ing.